# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FREDERICK H. SHULL, JR.,

    Plaintiff(s),

v.

THE UNIVERSITY OF QUEENSLAND, et al.,

    Defendant(s).

Case No.: 2:18-cv-02377-APG-NJK

**Order**

[Docket Nos. 35, 37]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss challenging personal jurisdiction and joinder thereto. Docket No. 35; *see also* Docket Nos. 4, 12 (motion to dismiss and joinder). Plaintiff filed a response in opposition to the motion to stay discovery, and a counter-motion for issuance of a subpoena. Docket Nos. 36, 37.[1] The motions are properly resolved without a hearing. *See* Local Rule 78-1.

Evaluating the pertinent standards, *see AMC Fabrication, Inc. v. KRD Trucking West, Inc.*, Case No. 2:12-cv-00146-LDG-CWH, 2012 WL 4846152, at \*1-2 (D. Nev. Oct. 10, 2012); *see also Kabo Tools Co. v. Porauto Indus. Co.*, Case No. 2:12-cv-01859-LDG-NJK, 2013 WL 12321307, at \*1 (D. Nev. Apr. 15, 2013), the Court finds that a stay of discovery is appropriate. Accordingly, the motion to stay discovery (Docket No. 35) is **GRANTED** and the counter-motion for issuance of a subpoena (Docket No. 37) is **DENIED**.

---

[1] Because Plaintiff is *pro se*, the Court construes his filings liberally. *See, e.g.*, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1

In the event that resolution of the pending motion to dismiss and joinder thereto does not result in the dismissal of Defendants, then a joint proposed discovery plan shall be filed within 30 days of the issuance of the order resolving the motion and joinder.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge